John H. STUTZ, Appellant, v. UNITED STATES OF AMERICA, Appellee.

No. 6106.

Circuit Court of Appeals, Fifth Circuit.

March 14, 1931.

R. A. Hendricks, of Miami, Fla., for appellant.

W. P. Hughes, U. S. Atty., and Wm. A. Paisley, Asst. U. S. Atty., both of Jacksonville, Fla., for the United States.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed.